# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 7, 2013

### NO. 03-12-00065-CV

**Juan Enriquez, Appellant**

**v.**

**Christina Melton Crain, former Chair of the Texas Board of Criminal Justice, in her Official Capacity; et al., Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal of the trial court's dismissal order: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's dismissal order is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.